UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. _____ |
| DISTRICT YACHT CLUB : | VIOLATION: |
| : | 33 U.S.C. §§ 407, 411 |
| : | (Unlawful Discharge Into Navigable Water) |
| Defendant. : | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about May 8, 2003, in the District of Columbia, the defendant, **DISTRICT YACHT CLUB**, unlawfully did throw, discharge and deposit, and did cause, suffer and procure to be thrown, discharged and deposited, refuse matter, namely approximately 240 square feet of cement debris, into the Anacostia River, a navigable water of the United States, without a permit. **(Unlawful Discharge into Navigable Water**, in violation of 33 U.S.C. §§ 407 & 411.)

KENNETH L. WAINSTEIN (D.C. Bar # 451058)
United States Attorney

By: _____
Bruce R. Hegyi (D.C. Bar #422741)
Assistant United States Attorney
555 Fourth Street, N.W., Room 4848
Washington, D.C. 20530
(202) 305-9637
www.bruce.hegyi@usdoj.gov