AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

**FILED**

DEC 0 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff(s) )
)
United States of America )
vs. )
)
)
Defendant(s) )

APPEARANCE

CASE NUMBER
06 - 405 - M - 01 (JMF)

District Yacht Club

To the Clerk of this court and all parties of record:

Please enter the appearance of __Carroll James Harris__ as counsel in this
(Attorney's Name)

case for: __District Yacht Club__
(Name of party or parties)

__12/5/06__
Date

__471859__
BAR IDENTIFICATION

__[signature]__
Signature

Carroll James Harris
Print Name

17207 Aspen Leaf Drive
Address

Bowie, Maryland 20716
City        State        Zip Code

240 416-8044
Phone Number