IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal No.: 06-405 M
:
: FILED
DISTRICT YACHT CLUB :
: SEP 21 2006
Defendant. :
: NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA OF
## THE DISTRICT YACHT CLUB

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this factual proffer as a summary of the facts which the United States would have presented, had this matter had gone to trial, and which would have established the defendant's guilt beyond a reasonable doubt. The facts presented below are a summary of the Government's evidence, and are not intended to represent all of the evidence the Government could have presented at trial against this defendant:

1. The District Yacht Club ("DYC"), is an organization located at 1409 Water Street, S.E., Washington D.C. 20003.

2. At all times relevant to the Information filed concurrently herewith, DYC was authorized under a Special Use Permit (the "Permit") issued by the United States Department of the Interior to operate a boat club on property owned by the National Park Service that is located at 1409 Water Street, S.E., Washington D.C. 20003, and which has frontage on the Anacostia River. The Permit expressly required the DYC to comply with all applicable laws and regulations.

3. The Rivers and Harbors Act, Title 33, United States Code, Section 401 *et seq.*, and the regulations promulgated pursuant thereto, make(s) it unlawful, *inter alia*, to throw, discharge or deposit, or cause to, suffer or procure to be thrown, discharged or deposited, any refuse matter of any kind into navigable water of the United States without a permit issued by the Secretary of the Army. Title 33, United States Code, Sections 407 and 411.

4. At all relevant times, the Anacostia River was and is a "navigable water of the United States" as that phrase is used in the Rivers and Harbors Act. Title 33, United States Code, Section 407.

5. At all times relevant to Information submitted concurrently herewith, the DYC was not permitted by the Secretary of the Army to throw, discharge and/or deposit any refuse material into the Anacostia River.

6. On or about May 8, 2003, one or more Officers of the DYC knowingly and intentionally directed the discharge and deposit of approximately 240 square feet of cement debris into the Anacostia River, adjacent to the area of the 1400 block of Water Street, S.E., in Washington, D.C. On this occasion, the debris was discharged and deposited into the Anacostia River from the shore using a piece of motorized equipment, known as a "Pettibone," and was dumped approximately two (2) feet in front of a sewer outfall, which caused the flow from the outfall to be partially obstructed and re-directed.

7. These actions by the DYC were done knowingly, intentionally, and purposefully and were not done by accident or mistake.

8. Accordingly, on or about May 8, 2003, the DYC did knowingly discharge and deposit, and did and cause to be discharged and deposited, within the District of Columbia,

refuse matter, that is cement debris, into navigable water of the United States without a permit, in violation of the Rivers and Harbors Act, 33 U.S.C. §§ 407, 411.

I, JOSEPH LUKAESKO, COMMODORE AND DULY AUTHORIZED AGENT AND REPRESENTATIVE OF THE DISTRICT YACHT CLUB TO HEREBY CERTIFY AND DECLARE THAT ALL OF THE FACTS SET FORTH ABOVE IN THIS FACTUAL PROFFER ARE TRUE AND CORRECT.

DISTRICT YACHT CLUB

August 1, 2006
Date

By: _____
JOSEPH LUKAESKO
Commondore and Duly Authorized Agent of the District Yacht Club

For the United States:

8/17/06
Date

_____
Bruce R. Hegyi
Assistant United States Attorney

8/17/06
Date

_____
Noreen McCarthy
Trial Attorney
U.S. Department of Justice
Environmental Crimes Section

3