AO 245B   (Rev. 06/05) (Rev. DC 12/15/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## for the District of Columbia

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| DISTRICT YACHT CLUB | Case Number: 06-405M |
| | USM Number: |

_____
Defendant's Attorney

FILED
DEC 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   1

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 33 USC 407, 411 | Unlawful Discharge Into Navigable Water | 05/08/03 | 1 |

   The defendant is sentenced as provided in pages 2 through __8__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ is/are dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

12/05/06
Date of Imposition of Judgment

_____
Signature of Judge

John M. Facciola                        United States Magistrate Judge
Name of Judge                           Title of Judge

12/12/06
Date

DEFENDANT: DISTRICT YACHT CLUB c/o Joseph Lukaesko, Co
CASE NUMBER: 06-405M

## PROBATION

The defendant is hereby sentenced to probation for a term of:

3 years of probation.

The defendant shall not commit another federal, state or local crime.
The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☐ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: DISTRICT YACHT CLUB c/o Joseph Lukaesko, Co
CASE NUMBER: 06-405M

## ADDITIONAL PROBATION TERMS

The defendant is placed on probation for a period of three years pursuant to 18 U. S. C. 3561 (c)(1) and consistent with USSG 8D1.1 and 8D1.1 and 8D1.2. In addition to all the general conditions applicable to an organization being placed on probation, the defendant shall comply with the following special conditions:

1. The defendant will not commit any violations of federal, state or local laws and shall fully comply with all provisions of of the permits issued to the District Yacht Club by the United States Army Corp of Engineers.

2. The defendant will pay in full all monetary amounts set forth in the plea agreement, including any special assessments, fines and restitution.

3. The defendant shall develop, adopt, implement and fund a comprehensive Environmental Compliance Plan ("ECP") during its term of probation, consistent with the sentencing policies set forth in USSG 8D1.4 At a minimum, the ECP shall include the designation of a responsible corporate officer to ensure compliance with all laws, regulations, and permit conditions and the retainment of an outside environmental consultant. The EPC shall be subject to the review and approval of the National Park Service.

4. The defendant will satisfy all of the prerequisites for membership, and will become a member of (and will maintains its membership in) the "Clean Marina" Program of the National Park Service and operate in accordance with all of its conditions; and

5. Within thirty (30) days following the date of sentencing herein, the defendant will serve upon Mr. John Argiropoulos ("Argiropoulos"), a notice that Argiropoulos has been expelled from the defendant and that he is forever barred from any future membership in the defendant.

6. Defendant shall pay a special assessment fee of $25.00 due immediately.

7. Defendant shall pay a restitution in the amount of $10,000.00, payable to The National Park Foundation.

Case 1:06-mj-00405-JMF   Document 6   Filed 12/13/2006   Page 3 of 4

DEFENDANT: DISTRICT YACHT CLUB c/o Joseph Lukaesko, Cor
CASE NUMBER: 06-405M

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| TOTALS | $ 25.00        | $        | $ 10,000.00     |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee**           | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-----------------------------|-----------------|-------------------------|----------------------------|
| The National Park Foundation |                 | $10,000.00              |                            |
| TOTALS                      | $ 0.00          | $ 10,000.00             |                            |

☑ Restitution amount ordered pursuant to plea agreement  $ 25.00

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.